

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00306-CR

Arnoldo David **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 08-07-09930-CR
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED August 6, 2014.

_____
Luz Elena D. Chapa, Justice